UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA        :

                                :

                                :

                v.              :        CRIMINAL NO. 1:10cr____

                                :

                                :

ROBERT C. WELTI                 :

- - - - - - - - - - - - - - - - - -

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the Southern District of Ohio charges:

That on or about April 8, 2002, in the Southern District of Ohio and elsewhere, ROBERT C. WELTI did corruptly endeavor to obstruct or impede the due administration of the internal revenue laws by taking the following actions to obstruct an IRS audit of Douglas and Donald Frichtl:

a)    preparing and mailing a letter and forms to the IRS advising of his representation of Douglas and Donald Frichtl at the IRS audit;

b)    in the course of his representation of Douglas and

3311506.1

Donald Frichtl at an IRS audit, ROBERT C. WELTI prevented properly summonsed documents from being turned over by the Frichtls to the IRS;

c) in the course of his representation of Douglas and Donald Frichtl at an IRS audit, ROBERT C. WELTI prevented Donald and Douglas Frichtl from responding to IRS auditors' questions for information;

d) in the course of his representation of Douglas and Donald Frichtl at an IRS audit, ROBERT C. WELTI proposed meritless and frivolous questions and arguments to the IRS auditors; and

e) in the course of his representation of Douglas and Donald Frichtl at an IRS audit, ROBERT C. WELTI accused the IRS auditors of engaging in a criminal racketeering conspiracy.

In violation of Title 26, United States Code, Section 7212(a).

CARTER M. STEWART
United States Attorney

By: _____

ANTHONY SPRINGER
Cincinnati Branch Chief

3311506.1