UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:10cr |
| | : | |
| ROBERT C. WELTI | : | |

- - - - - - - - - - - - - - - - - - - -

**WAIVER OF STATUTE OF LIMITATIONS**

I, ROBERT C. WELTI, the above-named defendant, acknowledge that I have been charged in an Information with Corruptly Endeavoring to Obstruct or Impede the Due Administration of the Internal Revenue Code, pursuant to 26 U.S.C. §7212(a) with regard to my conduct involving the IRS audit of Douglas and Donald Frichtl.

Having been advised of the nature of the charge, the proposed Information, and my rights, I hereby waive in open court on June 28, 2010 my statute of limitations defense with respect to the conduct contained within the Information.

I understand that under Title 26, United States Code, Section 6531 the statute of limitations for the aforesaid criminal tax offense is six (6) years from the date of the last act of the corrupt endeavor to obstruct or impede the due administration of the Internal Revenue Code, and that, absent my express waiver, I could not be prosecuted for any offense which occurred more than six (6) years before the filing of formal

charges. I understand that the statute of limitations for prosecution with respect to conduct contained within the Information expired on April 2, 2008.

After consultation with my attorney, Martin S. Pinales, I have agreed to waive my statute of limitations defense as to the charge contained within the Information.

DATE: June 28, 2010

ROBERT C. WELTI
Defendant

DATE: 6/28/10

Martin S. Pinales
Attorney for Defendant

Before:

HONORABLE SANDRA BECKWITH
United States District Judge

2

3308739.1